UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DARREN L. REAGAN<br>REG. # 37109-177 | : | CIVIL ACTION NO. 2:17-cv-0807 |
| VERSUS | : | JUDGE SUMMERHAYS |
| WARDEN FCI OAKDALE | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [doc. 38] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant petition for writ of habeas corpus be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED** in Chambers this 29th day of January, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE